UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ARMANDO R. VENEGAS,<br><br>    Plaintiff,<br><br>    v.<br><br>INDYMAC BANK, WASHINGTON MUTUAL, CHASE BANK, and DOES 1 through 5, Inclusive,<br><br>    Defendants. | Case No. 09-cv-01236 JAM-GGH<br><br>ORDER GRANTING DEFENDANT NDEX WEST, LLC'S MOTION TO DISMISS PURSUANT TO FRCP RULE 41 OR, ALTERNATIVELY, FOR JUDGMENT ON THE PLEADINGS PURSUANT TO FRCP RULE 12(C)<br><br>Date:   February 8, 2012<br>Time:  9:30 a.m.<br>Dept:   6<br>Judge:  Hon. John A. Mendez |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

-1-

Case No. 09-cv-01236 JAM-GGH
[PROPOSED] ORDER DISMISSING COMPLAINT WITH PREJUDICE

PDF created with pdfFactory trial version www.pdffactory.com

1  A hearing on Defendant NDEX West, LLC's *Motion to Dismiss Pursuant to FRCP Rule 41 or, Alternatively, for Judgment on the Pleadings Pursuant to FRCP Rule 12(c)* (the "Motion") (Docket No. 58), was held before this Court on February 8, 2012; appearances were as stated on the record.

Having considered the Motion and all related pleadings, any opposition thereto, and the arguments of counsel, and good cause appearing,

IT IS HEREBY ORDERED THAT:

1. The Motion is granted for the reasons stated on the record; and
2. Plaintiff's First Amended Complaint is dismissed with prejudice and without leave to amend.

As Defendant NDEX West, LLC was the only remaining defendant in this action and has now been dismissed, the Clerk may close the file in this case.

Dated: 2/21/2012            /s/ John A. Mendez_____
                            Hon. John A. Mendez
                            Judge, United States District Court